**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BENDY FALLA,<br><br>Plaintiff,<br>v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; COSTCO WHOLESALE MEMBERSHIP, INC., a California corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive<br><br>Defendant. | Case No. 2:26-cv-08637-BFM<br><br>**~~[PROPOSED]~~ ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: October 26, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE